UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DOYLE YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF SESSIONS, et al.,<br><br>    Defendants. | Case No. 18-cv-05234-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Doyle is a federal prisoner housed in Colorado. His claims arise from the circumstances of his detention in that state. (Am. Compl., Dkt No. 11 at 4.) Accordingly, this suit is TRANSFERRED to the District of Colorado wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 85, 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 26, 2018

WILLIAM H. ORRICK
United States District Judge